*E. P. Ferris*, for the appellant.

- - - - - - - ◆ ◆ ◆ - - - - - - -

## HARBAUGH *v.* MENDENHALL.

APPEAL from the *Hamilton* Circuit Court.

*Per Curiam.*—The judgment in this case is affirmed, with five per cent. damages and costs, on the authority of *Ellis* v. *Miller*, 9 Ind. 210.

*D. C. Chipman*, for the appellant.

*E. S. Stone*, for the appellee.